AO 442 (Rev. 12/85) Warrant for Arrest    AUSA NICHOLSON S/A BENDEL INS

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

WINSOR STEELMAN FYFE

**WARRANT FOR ARREST**

CASE NUMBER: 00-4122-SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WINSOR STEELMAN FYFE__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to commit offenses against the United States, and with knowingly possessing and transferring false identification documents;

in violation of Title __18__ United States Code, Section(s) __371 and 1028__

LURANA S. SNOW
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

Date
Fort Lauderdale, Florida
Date and Location

Bail fixed at $ _Pretrial Detention requested_

Lurana S. Snow
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |