UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55323-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-4122-CR-SNOW
                         ) REPORT COMMENCING CRIMINAL
       -vs-              )         ACTION
                         )
WINSOR S. FYFE           )
           Defendant

FILED by JV D.C.
MAY 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI / FT. LAUDERDALE \ W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 5-26-00           am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: CONS · FALSE IDENTIFICATION POSSION

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 9-20-57

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint  To be filed/Already filed
    Case #

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District:  SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $
Who set Bond:

(7) Remarks: _____
    _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments: