COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: WINSOR STEELMAN FYFE    (INS) CASE NO: 00-4122-SNOW
AUSA: ROBERT NICHOLSON    ATTY: Farquepon
AGENT:    VIOL:
PROCEEDING I/A ON ~~INDICTMENT~~ Complaint    RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no    COUNSEL APPOINTED
_____ BOND SET @
_____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to:

_Advised of Charges - Cnsl present_

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL:
                       PTD/BOND HRG: June 1   1030  LSS
                       PRELIM/ARRAIGN: June 5  11   855
                       REMOVAL HRG:
                       STATUS CONF:

Date: 5-26-00   Time 11:00   TAPE #00- FTL/LSS 027 Begin: 498 End: 729