AO 442 (Rev. 12/85) Warrant for Arrest     AUSA NICHOLSON S/A BENDEL INS    478631

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

WINSOR STEELMAN FYFE

**WARRANT FOR ARREST**

CASE NUMBER: 00-4122-SNOW

TO: **The United States Marshal**
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___WINSOR STEELMAN FYFE___
                                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment [ ] Information [X] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to commit offenses against the United States, and with knowingly possessing and transferring false identification documents;

in violation of Title __18__ United States Code, Section(s) _371 and 1028_

LURANA S SNOW                                    UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                          Title of Issuing Officer

_(signature)_                                    Date
Signature of Issuing Officer                     Fort Lauderdale, Florida
                                                 Date and Location

                                                 LURANA S. SNOW
Bail fixed at $ _Pretrial Detention Requested_   by UNITED STATES MAGISTRATE JUDGE
                                                    Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____<br>Ft Lauderdale, FL |

| DATE RECEIVED<br>5/25/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>JAmes A. Tassone, USM<br>FOR: INS | SIGNATURE OF ARRESTING OFFICER<br>Fred DePompa, SDUSM |
|---|---|---|
| DATE OF ARREST<br>5/26/2000 | | |