COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: WINSOR STEELMAN FYFE (J)   CASE NO: 00-4122-SNOW
AUSA: ROBERT NICHOLSON pres   ATTY: JUNIOR FARQUHARSON - pres
AGENT:   VIOL: 717-2515
PROCEEDING PTD HEARING   RECOMMENDED BOND 15,000 CSB
BOND HEARING HELD - yes/no   , 000 PSB
   COUNSEL APPOINTED
___ BOND SET @
___ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS   / x's a wk/month by phone; / x's a wk/month in person
3) Travel extended to: rest. SD/FL
4) surrender passport to counsel who will return it to PTS after INS bond has been satisfied

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
   PTD/BOND HRG:                                     ?
   PRELIM/ARRAIGN:   6-5        12      BSS
   REMOVAL HRG:
   STATUS CONF:

Date: 6-1-00   Time 10:30   FTL/LSS TAPE #00- 027   Begin: 2539   End: