| | | | |
|---|---|---|---|
| DEFT: | Winsor Steelman Fyfe (j3) | CASE NO: | 00-6153 CR-Ferguson ~~00-4122-LSS~~ |
| AUSA: | Bob Nicholson /Stefin | ATTNY: | Junior Farquhason 717-3515 |
| AGENT: | | VIOL: | |
| PROCEEDING: | ~~Prelim~~/Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.
JUN 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 6-23-00  11:00 am  SNOW
STATUS CONFERENCE:

DATE: 6-8-00   TIME: 11:00am   TAPE # 00-045  PG # 3
3540-3600  17
Recalled 00-046
100-170