FILED by _____ D.C.
JUN 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6153-CR-Ferguson

UNITED STATES OF AMERICA

vs

Winsor Steelman Fyfe

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 6-8-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and c~~ourt-a~~ppointed/retain counsel of record will be noticed for trial by the District Court Jud assigned to this case. The following information is current as of this dat

| | |
|---|---|
| DEFENDANT: | Address: See Bond |
| | Telephone: |
| DEFENSE COUNSEL: | Name: Junior Farguhason |
| | Address: |
| | Telephone: 717-2515 |
| BOND SET/CONTINUED: | $ |

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this 8 day of June, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK
By: _____
Deputy Clerk

Tape No. 00-045/046

cc: Clerk for Judge
    U. S. Attorney

18