# United States District Court

**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA
v.
WINSOR FYFE

DOCKET NO. 00-6153-CR-WDF
MAGISTRATE CASE NO.

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:
WINSOR FYFE
1836 N.W. 9th Avenue
Plantation, Florida
Phone# 954-533-7048

FILED by ___ D.C.
SEP 2 2 2000

WARRANT ISSUED ON THE BASIS OF:
☒ Order of Court
☐ Indictment   ☐ Information   ☐ Complaint

DISTRICT OF ARREST: Southern Florida
CITY: Plantation

TO: Any U.S. Marshal or any other authorized agent.

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FAILURE TO APPEAR

> Certified to be a true and correct copy of the document on file
> Clarence Maddox, Clerk,
> U.S. District Court
> Southern District of Florida
> By _____ Deputy Clerk
> Date 9/22/00

IN VIOLATION OF
UNITED STATES CODE TITLE: 18
SECTION: 3148

BAIL FIXED BY COURT: NO BOND
OTHER CONDITIONS OF RELEASE:

ORDERED BY: WILKIE D. FERGUSON, JR., UNITED STATES DISTRICT JUDGE
SIGNATURE (JUDGE)
DATE: 9/22/00

CLERK OF COURT: CLARENCE MADDOX
(BY) DEPUTY CLERK: Troy T. Walker
DATE ISSUED: 9/22/00

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record