SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6153-CR-WDF

DEFENDANT **Winsor Fyfe**

JUDGE **WILKIE D. FERGUSON**

Deputy Clerk **TROY T. WALKER**

DATE **September 22, 2000**

Court Reporter **Paul Haferling**

USPO **Frank Smith, Esq**

AUSA **Terry Thomas Robert Nicholson**

Deft's Counsel **Junior Farquharson**

COUNTS DISMISSED **All Others**

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

FILED by _____ D.C.
SEP 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Supervised Release **Deft did not show (warrant issued)**

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Comments _____

Assessment $_____     Fine $_____

Restitution /Other _____

### CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

35