UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

Vs.

WINSOR S. FYFE,
    Defendant.
_____/

CASE NO. 00-6153-CR-FERGUSON

SEP 28 2000

## ORDER OF TRANSFER TO CLERK

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as Winsor S. Fyfe, is apprehended and brought before the Court in this district.

DONE AND ORDERED at Fort Lauderdale, Florida this 27th day of September 2000

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc: AUSA
    Clerk of Court