UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6153-CR-~~FERGUSON~~ UU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WINSOR FYFE,

    Defendant,

and

I.F.I.C.,

    Corporate Surety,

and

O. VANCHOPE,

    Personal Surety.

_____/

FILED by _PL_ D.C.
MAR 09 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BONDS

THIS MATTER is before the Court on the United States' Motion for a Final Judgment of Forfeiture of Appearance Bonds against defendant Winsor Fyfe as to the sureties I.F.I.C., corporate surety, in the amount of $15,000, and personal sureties Winsor Fyfe and O. Vanchope in the amount of $20,000. The United States seeks to forfeit the appearance bonds posted with this Court in the sum of $15,000 as to the corporate surety bond and $20,000 as to the personal surety bond, respectively, and the Court having noted the previous revocation and estreature of said appearance

bonds, and having found no basis for exonerating or remitting the bonds, it is

ORDERED AND ADJUDGED that judgment United States of America be entered

against defendant Winsor Fyfe and I.F.I.C. in the sum of $15,000 as to the corporate surety bond, against defendant Winsor Fyfe and O. Vanchope, in the sum of $20,000 as to the personal surety bond, respectively, together with interest thereon from the date of this judgment as prescribed by 28 U.S.C. § 1961; and it is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid bonds shall be forthwith transferred to the treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be, pledged or granted to the United States to secure payment of the aforesaid bonds, is hereby forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this ___9___ day of March, 2001.

*[signature]*
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc:

AUSA ROBERT N. NICHOLSON/Victoria Fallick
AUSA Elizabeth Stein (**two certified copies**)
Junior W. Farquharson, Esq. 5546 W. Oakland Park Blvd, Ft. Lauderdale, FL 33313
Winsor Fyfe, 1836 N.W. 9th Avenue, Plantation, Florida
William Sheppard, Agent for I.F.I.C., 220 S.E. 12th St., Ft. Lauderdale, Florida 33316
O. Vanchope, 4970 N.W. 16th Court, Ft. Lauderdale, Florida