ERS:amw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6153-CR-UUB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WINSOR FYFE,

    Defendant,

I.F.I.C.,

    Corporate Surety,

O. VANCHOPE,

    Personal Surety.
_____/



### SATISFACTION OF JUDGMENT AND RELEASE OF LIEN AS TO I.F.I.C., CORPORATE SURETY ONLY

    Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, does hereby release and relinquish the lien of that certain Final Judgment of Forfeiture of Appearance Bonds entered by the United States District Court for the Southern District of Florida on March 9, 2004, under its Docket No. 00-6153-CR-UUB, against defendant, Winsor Fyfe, I.F.I.C., the corporate surety, and O. Vanchope, the personal surety, who cosigned the bonds.

    This Satisfaction of Judgment and Release of Lien shall serve to release I.F.I.C, the corporate surety, only and shall not be deemed to in any way constitute a release or satisfaction of the referenced Final Judgment of Forfeiture of Appearance



Bonds as to any property of the Defendant, Winsor Fyfe or O. Vanchope, the personal surety.

Respectfully submitted,

Witness my hand and seal,
this 21st day of May
A.D. 2004.

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Signed, Sealed and Delivered
in Presence of:

BY: ELIZABETH RUF STEIN
ASSISTANT UNITED STATES ATTORNEY
99 N. E. 4th Street, 3rd Floor
Miami, FL 33132
Telephone (305) 961-9376
Fla. Bar No. 354945
Fax No. (305) 530-7195
E-Mail: Elizabeth.Stein@usdoj.gov

Ann M. Woodruff

Sylvia Acosta

STATE OF FLORIDA
COUNTY OF DADE

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid, to take acknowledgments, personally appeared Elizabeth Ruf Stein, Assistant U. S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 21st day of MAY , A.D., 2004



Rolando A. Leon
MY COMMISSION # DD142399 EXPIRES
September 3, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

Rolando A. Leon
NOTARY PUBLIC, State of Florida
[ ] DID take an oath
[x] DID NOT take an oath

This instrument was prepared by: Elizabeth Ruf Stein
Assistant U. S. Attorney

2