# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES COURTHOUSE
500 PEARL STREET
ROOM 520
NEW YORK, NEW YORK 10007



00-6153CR-UUB

DATE: NOVEMBER 1, 2005.

CLERK,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
UNITED STATES COURTHOUSE
299 EAST BROWARD BOULEVARD
FORT LAUDERDALE, FL.   33301

FILED by ___ D.C.
INTAKE
NOV - 8 2005

RE: USA - V - **WINSOR FYFE**

SDNY MAG. DOCKET # 05 MAG. 1801

DEAR SIR/MADAM:

REFERRING TO THE ABOVE CAPTIONED MATTER, PLEASE BE ADVISED, FOR RECORD PURPOSES, THAT THIS MATTER HAS BEEN DISPOSED OF AS FOLLOWS:

(XXXXX)  1.  DEFENDANT (UPON WAIVER OF HEARING) REMANDED TO THE U.S. MARSHAL FOR REMOVAL.

(    )   2.  DEFENDANT (UPON WAIVER OF HEARING) BAILED FOR HIS APPEARANCE IN YOUR DISTRICT.  BOND ENCLOSED.

(    )   3.  PROCEEDINGS DISMISSED INCIDENT TO TURNOVER OF DEFENDANT IN STATE EXTRADITION PROCEEDING.

(    )   4.  COMPLAINT DISMISSED BY YOUR DISTRICT.

PLEASE ACKNOWLEDGE RECEIPT OF RULE 5(c)(3) DOCUMENTS ON COPY OF THIS LETTER.

YOURS TRULY,

J. MICHAEL MCMAHON
CLERK OF COURT

BY _____
DEPUTY CLERK

GILBERT QUAN



CLOSED

# U.S. District Court
# Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:05-mj-01801-UA-ALL
# Internal Use Only

Case title: USA v. Fyfe                                  Date Filed: 10/25/2005

Assigned to: Judge Unassigned

**Defendant**

Winsor Fyfe (1)                      represented by   Sean Hecker
TERMINATED: 11/01/2005                                Federal Defenders of New York
                                                      Inc. (NYC)
                                                      52 Duane Street
                                                      New York, NY 10007
                                                      212-417-8700
                                                      Fax: 212-571-0392
                                                      Email: sean_hecker@fd.org
                                                      *LEAD ATTORNEY*
                                                      *Designation: Public Defender or*
                                                      *Community Defender*
                                                      *Appointment*

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

**Pending Counts**                                   **Disposition**
None

**Highest Offense Level
(Opening)**
None

**Terminated Counts**                                **Disposition**
None

**Highest Offense Level
(Terminated)**
None

| Complaints | Disposition |
|---|---|
| FAILURE TO APPEAR. | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **William J. Stellmach**<br>United States Attorney<br>Criminal Division<br>1 St Andrews Pl<br>New York, NY 10007<br>212-637-2400<br>*LEAD ATTORNEY* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2005 | | Arrest (Rule 5(c)(3)) of Winsor Fyfe. (gq, ) (Entered: 10/27/2005) |
| 10/26/2005 | 1 | RULE 5(c)(3) AFFIDAVIT (Southern District of Florida) of Louis Zeppetelli, Deputy United States Marshal, United States Marshal Service, as to Winsor Fyfe. (Signed by Judge Frank Maas on 10/26/2005) (gq, ) (Entered: 10/27/2005) |
| 10/26/2005 | 2 | CJA 23 Financial Affidavit by Winsor Fyfe. Approved. (Signed by Judge Frank Maas ) (gq, ) (Entered: 10/27/2005) |
| 10/26/2005 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Winsor Fyfe. Sean Hecker for Winsor Fyfe appointed. (Signed by Judge Frank Maas on 10/26/2005)(gq, ) (Entered: 10/27/2005) |
| 10/26/2005 | 4 | NOTICE OF ATTORNEY APPEARANCE: Sean Hecker appearing for Winsor Fyfe. (gq, ) (Entered: 10/28/2005) |
| 10/26/2005 | | Minute Entry for proceedings held before Judge Frank Maas :Initial Appearance as to Winsor Fyfe held on 10/26/2005. (gq, ) (Entered: 10/28/2005) |
| 10/26/2005 | | Minute Entry for proceedings held before Judge Frank Maas :Initial Appearance in Rule 5(c)(3) Proceedings as to Winsor Fyfe held on 10/26/2005. Deft appears with Legal Aid atty Sean Hecker. AUSA William Stellmach present for the gov't. Pretrial Report waived. Detention on consent without |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA        :   05 Mag. 1801

    -v.-                          :

WINSOR FYFE,                    :   RULE 5(c)(3)
                                 Defendant.   :   AFFIDAVIT
- - - - - - - - - - - - - - - - - - - - - - - - - - X



SOUTHERN DISTRICT OF NEW YORK, ss:

       LOUIS ZEPPETELLI, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshal Service and charges as follows:

       On or about December 21, 2000, the Southern District of Florida issued a warrant for the arrest of "Winsor Fyfe" (the "Warrant"), charging him with failing to appear. A confirmation of a warrant issued for "Winsor Fyfe" that was obtained from the National Crime Information Center is attached hereto as Exhibit A.

       I believe that WINSOR FYFE, the defendant, who was arrested on October 25, 2005, in the Southern District of New York, is the same individual as the "Winsor Fyfe" who is wanted in the Southern District of Florida.

       The bases for my knowledge and for the foregoing charge are, in part, as follows:

       1.  I am a Deputy with the United States Marshals Service, and am involved in the investigation of WINSOR FYFE, the defendant, who is the subject of an arrest warrant issued in the Southern District of Florida. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned relating to FYFE. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.



2.  Based on my discussions with a Deputy United States Marshal in the Southern District of Florida, and my review of the confirmation of the Warrant, I have learned the following:

   a. In or about 2000, "Winsor Fyfe" was arrested pursuant to an indictment charging him with false citizenship, and subsequently released on a surety bond; and

   b. On or about December 21, 2000, "Winsor Fyfe" failed to appear at a court proceeding in connection with his case, and a warrant was issued for his arrest, charging him with failing to appear, in violation of Title 18, United States Code, Section 3142.

3.  Beginning on or about October 20, 2005, I sought to determine the whereabouts of "Winsor Fyfe." In connection with the Warrant, I received pedigree information from the United States Marshal Service in the Southern District of Florida, including a photograph, for "Winsor Fyfe." In addition, a confidential informant, who has previously provided reliable information, provided a cellular phone number that he indicated belonged to "Winsor Fyfe."

4.  Based on my conversations with employees of the cellular phone provider, I determined that the phone number had been used in the area of 194th Street and Briggs Street in the Bronx.

5.  Subsequently, at or about 2 p.m. on October 25, 2005, together with other members of a warrant squad comprised of Deputy United States Marshals, I drove to the Bronx. At intersection of 194th Street and Bainbridge Street, I recognized WINSOR FYFE, the defendant, who appeared to be the same person from the United States Marshal Service photograph that I received from the Southern District of Florida.

6.  I then approached WINSOR FYFE, the defendant, and asked him to produce identification. FYFE provided me with a driver's license from Florida in another name, but the photograph on the license matched the photograph provided by United States Marshal Service in the Southern District of Florida.

7.  FYFE also stated, in substance and in part, that

he was "Winsor Fyfe," and that he was aware of the reason for my questioning. I then placed FYFE under arrest. For these reasons, I believe that FYFE is the same individual as "Winsor Fyfe" for whom the Warrant has been issued.

8. Following the arrest, I attempted to obtain copies of the underlying indictment and actual warrant from both the United States Attorney's Office for the Southern District of Florida and the United States Marshal's Service in the Southern District of Florida. Unfortunately, due to the recent hurricane, neither office was open and I was unable to obtain copies of these documents.

WHEREFORE, deponent prays that WINSOR FYFE, the defendant, be bailed or imprisoned, as the case may be.

_____
LOUIS ZEPPETELLI
Deputy United States Marshal
United States Marshals Service

OCT 25 2005

Sworn to before me this 25th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**FRANK MAAS**
United States Magistrate Judge
Southern District of New York

United States Marshals Service
LIMITED OFFICIAL USE



WIN Message #25907289, sent on 10/26/2005 11:24
Subject: NCIC Msg, From: 054 - 5619

JNCIC 1131 11:26:17 10/26/05 YY NN JUUSM .

1N01JUUSM 054N5619
NYUSM0300

MKE/WANTED PERSON
ORI/VAUSM0000 NAM/FYFE,WINSOR STEELMAN SEX/M RAC/B POB/JM DOB/19570920
HGT/508 WGT/180 EYE/BRO HAI/BLK FBI/779124NB2
MNU/AR-A76232085 SOC/592494228
OLN/F100897573400 OLS/FL OLY/2001
OFF/BAIL - SECURED BOND - BAIL SECURED BOND
OOC/FALSE CITIZENSHIP
DOW/20000922 OCA/040478631
WNO/010412210699B
VLD/20030410
MIS//PH202-3079100
ORI IS US MARSHALS SERVICE HEADQUARTERS ARLINGTON 202 307-9100
DOB/19601228
AKA/FYFE,WINDSOR
AKA/FYFE,VINCENT
SOC/580820372
OLN/F100880604680 FL 2005
NIC/W871242768 DTE/20001221 1105 EST
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

# United States District Court

SOUTHERN DISTRICT OF FLORIDA    cc 478631

UNITED STATES OF AMERICA

V.

WINSOR FYFE

## WARRANT FOR ARREST

CASE NUMBER: 01-6155-CR-FERGUSON

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WINSOR FYFE__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)

**FAILURE TO APPEAR**

in violation of Title __18__ United States Code, Section(s) __3146(a)(1) & 18:401__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

__June 26, 2001 at Fort Lauderdale, Florida__
Date and Location

Bail fixed at $ __Pre-trial Detention Requested__    by: __LURANA S. SNOW, MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 01-6155

18 USC 3146(a)(1)
18 USC 401

FILED by _____
IN [illegible]

JUN 2 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WINSOR S. FYFE,

Defendant.
_____/

CR - FERGUSON

MAGISTRATE JUDGE
SNOW

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about September 22, 2000, at Broward County, in the Southern District of Florida, the defendant,

### WINSOR S. FYFE,

having been previously been charged with a violation of Title 18, United States Code, Section 371, conspiracy to commit offenses against the United States, an offense punishable by a term of not more than 5 years' imprisonment, and Title 18, United States Code, Section, 1546, receipt and possession of a false immigration document, an offense punishable by a term of not more than 10 years' imprisonment, and Title 18, United States Code, Section 1028, transferring a false and fraudulent identification document, an offense punishable by a term of not more than 15 years' imprisonment,

and having been released by the United States District Court for the Southern District of Florida pursuant to Chapter 207 of Title 18, United States Code, Section 3142 et seq., in United States v. Winsor Fyfe, Case No. 00-6153-CR-FERGUSON, did knowingly and willfully fail to appear before said Court as required by the conditions of his release, in that the defendant failed to appear for sentencing as ordered on July 21, 2000, by said Court; in violation of Title 18, United States Code, Section 3146(a)(1).

## COUNT II

On or about September 22, 2000, at Broward County, in the Southern District of Florida, the defendant,

### WINSOR S. FYFE,

knowingly and willfully, and in disobedience of and resistance to a lawful order and command of the United States District Court for the Southern District of Florida, given at Broward County, Florida, on or about July 21, 2000, in the case of United States v. Winsor Fyfe, Case No. 00-6153-CR-FERGUSON, did fail to appear for sentencing as ordered by the Court; in violation of Title 18, United States Code, Section 401(3).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO. _____

v.                           **CERTIFICATE OF TRIAL ATTORNEY***

WINSOR S. FYFE
_____      Superseding Case Information:

**Court Division:** (Select One)    New Defendant(s)    Yes ___  No ___
                                     Number of New Defendants  ___
___ Miami   ___ Key West             Total number of counts     ___
_X_ FTL     ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) NO
   List language and/or dialect _____

4. This case will take __1-2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days     _X_           Petty      ___
   II   6 to 10 days    ___           Minor      ___
   III  11 to 20 days   ___           Misdem.    ___
   IV   21 to 60 days   ___           Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: 00-6153-CR-FERGUSON
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _x_ No

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 933996

*Penalty Sheet(s) attached                                  REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: __WINSOR FYFE__          No.: _____

Count #I:
Failure to appear 18:3146(a)(1)

*Max Penalty: Not more than 10 years' imprisonment and $250,000 fine

Count #II:
Criminal Contempt 18:401

*Max Penalty: Penalty is at the discretion of the court

Count #:

*Max Penalty:

Count #:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

CR-12 (Rev. 8/82)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT: SOUTHERN DISTRICT OF FLORIDA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WINSOR FYFE | DOCKET NO.<br>00-6153-CR-WDF | MAGISTRATE CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>WINSOR FYFE<br>1836 N.W. 9th Avenue<br>Plantation, Florida<br>Phone# 954-533-7048 | |
| WARRANT ISSUED ON THE BASIS OF:<br>☐ Indictment  ☐ Information  ☒ Order of Court  ☐ Complaint | | |
| TO: Any U.S. Marshal or any other authorized agent. | DISTRICT OF ARREST<br>Southern Florida | |
| | CITY<br>Plantation | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

FAILURE TO APPEAR

> Certified to be a true and correct copy of the document on file
> Clarence Maddox, Clerk
> U.S. District Court
> Southern District of Florida
> By _[signature]_
> Deputy Clerk
> Date 9/22/00

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>3148 |
|---|---|---|
| BAIL FIXED BY COURT<br>NO BOND | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY:<br>WILKIE D. FERGUSON, JR.,<br>UNITED STATES DISTRICT JUDGE | SIGNATURE (JUDGE) _[signature]_ | DATE<br>9/22/00 |
| CLERK OF COURT<br>CLARENCE MADDOX | (BY) DEPUTY CLERK<br>Troy T. Walker | DATE ISSUED<br>9/22/00 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

¹United States Judge or Judge of a State Court of Record

AO 442 (Rev. 12/85) Warrant for Arrest        AUSA NICHOLSON INS

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

WINSOR FYFE

**WARRANT FOR ARREST**

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WINSOR FYFE__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

**FAILURE TO APPEAR**

in violation of Title __18__ United States Code, Section(s) __3146(a)(1) & 18:401__

Clarence Maddox
**Name of Issuing Officer**

Court Administrator/Clerk of the Court
**Title of Issuing Officer**

_____
**Signature of Issuing Officer**

June 26, 2001 at Fort Lauderdale, Florida
**Date and Location**

Bail fixed at $ __Pre-trial Detention__          by : LURANA S. SNOW, MAGISTRATE JUDGE
                                                        **Name of Judicial Officer**

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

Pretrial report waived

## DISPOSITION SHEET

**William Stellmach**
AUSA

DATE OF ARREST: 10/25
TIME OF ARREST: 2 PM
☐ VOL. SURRENDER
☐ ON WRIT

MAGISTRATE'S DOCKET NUMBER: 05 MAG 1801
TIME OF PRESENTMENT: 4:30 PM

PROCEEDING: ☐ Rule 5   ☐ Rule 9   ☐ Rule 40   ☐ Detention Hearing   ☒ Other: R5C3

☐ INTERPRETER NEEDED   LANGUAGE: _____

DEFENDANT'S NAME: Winsor Fyfe
COUNSEL'S NAME: Sean Necker   ☐ RETAINED   ☒ LEGAL AID   ☐ CJA

### BAIL DISPOSITION

☒ DETENTION ☒ ON CONSENT W/O PREJUDICE ☐ SEE DETENTION ORDER
☐ DETENTION HEARING SCHEDULED AT DEFENDANT'S REQUEST FOR _____
☐ AGREED BAIL PACKAGE
☐ $_____ PRB
☐ _____ FRP
☐ $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL ☐ STRICT PRETRIAL ☐ DRUG TESTING/TREATMENT
☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ ELECTRONIC MONITORING:
   CONDITIONS: _____
☐ DEFENDANT TO BE RELEASED UPON FOLLOWING CONDITIONS: _____
   REMAINING CONDITIONS TO BE MET BY _____
☐ OTHER:

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

**FOR RULE 40 CASES:**
☒ ID HEARING WAIVED           ☐ PRELIMINARY HEARING WAIVED
☒ DEFENDANT TO BE REMOVED     ☐ ON DEFENDANT'S CONSENT

CONTROL
DATE ~~FOR PRELIMINARY HEARING~~ 11/17/05           ☐ ON DEFENDANT'S CONSENT
COMMENTS AND ADDITIONAL PROCEEDINGS:

DATE: 10/26/05

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

WHITE (ORIGINAL) - DEFENDANT'S FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2001) IH - 2

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT

| | | | | |
|---|---|---|---|---|
| IN UNITED STATES | ☑ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: U.S. v.s. FYFE

FOR / AT: DOC #

U.S. DISTRICT COURT FILED OCT 2 6 2005 S.D. OF N.Y.

☑ Defendant—Adult
☐ Defendant - Juvenile
☐ Appellant
☐ Probation Violator
☐ Parole Violator
☐ Habeas Petitioner
☐ 2255 Petitioner
☐ Material Witness
☐ Other

☑ Felony
☐ Misdemeanor

LOCATION NUMBER

DOCKET NUMBERS
Magistrate: 05/801
District Court:
Court of Appeals:

PERSON REPRESENTED (Show your full name): WINSOR FYFE

CHARGE/OFFENSE (describe if applicable & check box →): Rule 5(c)(3)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer: ____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment. How much did you earn per month? $ ____

If married is your Spouse employed? ☐ Yes ☐ No   N/A
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ ____
SOURCES ____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ ____
DESCRIPTION ____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
☑ SEPARATED OR DIVORCED

Total No. of Dependents: ____

List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ____

SIGNATURE OF DEFENDANT ▶ *Winsor Fyfe*

A TRUE COPY
UNITED STATES MAGISTRATE (ATTESTED)
FOR THE SOUTHERN DISTRICT OF N.Y.
____ DEPUTY CLERK

Approved 10/26/05

I H-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X

UNITED STATES OF AMERICA            :     ORDER APPOINTING COUNSEL
                                          (Federal Defender Services Unit)
         -v- Winsor Fyffe            :
                                          Docket # 05-1801
                                    :
                 Defendant.         :     DOC # 3
------------------------------------------------ X

Because the above named defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDER SERVICES UNIT of the Legal Aid Society is hereby appointed to represent the defendant in the above designated case for the following purpose:

(Check one) ✓ all proceedings

_____ bail/presentiment only

_____ other (specify) _____Sean Hecker_____

If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date __10/26/2005__     s/ Frank Maas
                        _____
                        Signature of U.S. Judge or Magistrate Judge
                        or by order of the Court:

                        _____
                        Clerk or Deputy

TO:  J. MICHAEL McMAHON, CLERK
     United States District Court
     Southern District of New York

     Federal Defender Services Unit
     The Legal Aid Society
     52 Duane Street, 10th Floor
     New York, New York  10007

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

Copy 1 - Retain in Magistrate Judge File
Copy 2 - To Federal Defender Services Unit
Copy 3 - To U.S.D.C. Clerk's Office  (Attn: C.J.A. Clerk)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA
against
Winsor Fyffe

(Alias) _____

_____

Please PRINT Clearly

---

FILED OCT 26 2005 S.D. OF N.Y.

05 Mag 1801
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

DOC #

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [ ] RETAINED    3. [✓] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [✓] YES - IF YES GIVE YOUR DATE OF
ADMISSION. MO. November YR. 2000

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

10/26/05

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

SIGNATURE _Sean Hecker_
PRINT THE FOLLOWING INFORMATION CLEARLY

SEAN HECKER
Attorney for Defendant

FEDERAL DEFENDER
Firm name if any

52 Duane St.
Street address

New York    NY    10007
City        State   Zip

(212) 417-8737
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

SOUTHERN   District of   NEW YORK

| UNITED STATES OF AMERICA V. WINSOR FYFE | COMMITMENT TO ANOTHER DISTRICT |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest 05 MAG 1801 | District of Offense 00-CR-6153 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information ☐ Complaint   Other   Petition for Revocation

charging a   TITLE 18   U.S.C. §3142

**DISTRICT OF OFFENSE**
Southern District of Florida

**DESCRIPTION OF CHARGES:**

False Citizenship

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

Interpreter Required?   X No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

November 1, 2005
Date

United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK