```
              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
                        MIAMI DIVISION
                                        CASE NO. 00-6153-CR
                                             UNGARO-BENAGES
                                        CASE NO. 01-6155-CR
                                             UNGARO-BENAGES
```

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WINSOR STEELMAN FYFE,

        Defendant,

------------------------------/


FILED by _____ D.C.
DKTG
FEB 2 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER SETTING SENTENCING

THIS MATTER is hereby set for Sentencing on **MARCH 24, 2006 at 11:00 A.M.** before the Hon. Ursula Ungaro-Benages, at the United States District Court, Eleventh Floor Courtroom, 301 North Miami Ave., Miami, Florida.

DONE AND ORDERED in chambers at the United States District Court, Miami, Florida, this __1__ day of ~~January~~ Feb., 2006.

                                            URSULA UNGARO-BENAGES
                                            UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    Probation

