UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

FILED by _____ D.C
DKTG

MAR 28 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. _OO-6153 CR/UUB_    Date: _3/24/06_

Style: _USA_ vs. _Windsor S. Fyfe_

Pltf (AUSA): _Robert Nichelsen_

Defense Csl: _Helaine Batoff_

Deputy Clerk: Kathryn B. Hamlan

Reporter: _Wd Ramarishi_ /5/16/00

Status Conference/Hearing on Motion/Sentencing:

_BOP  4 mo  as to Ct 1_

_to be followed by consecutive_

_sentence of 6 mo as to 00-6155_

_S/R  3yrs  as to Ct 1  conc to  00-6155_

_S/A  $100  as to Ct 1_

_IF Deported condition._

**Trial Minutes:**    BENCH/JURY    Voir Dire Held _____

Jury Trial Begins:    Trial Held _____    Day # _____

Trial Ends _____    Deft. Remanded/ Acquitted

Exhibits Released To: _____
                      Print & Sign

Agency and Phone #: _____